IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/21/23 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                              :
                                                    :
**MICHAEL BRANDON COHEN**                           :        Misc. Proc. 23-207
**PA Attorney ID 308651**                           :
                                                    :
                                                    :

## ORDER TO SHOW CAUSE

On March 8, 2023, an *Order* was entered by the Supreme Court of Pennsylvania holding that Michael Brandon Cohen is disbarred on consent from the Bar of the Commonwealth of Pennsylvania. A review of this Court's case records indicates that Mr. Cohen has entered his appearance in three (3) pending cases, as shown on the attached.

AND NOW, this __21st__ day of *March, 2023*, it is hereby ORDERED that:

1. An *Order to Show Cause* is issued against **Michael Brandon Cohen, Esq.** to personally appear at a hearing scheduled for **April 5, 2023 at 2:00 p.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219, at which time Mr. Cohen shall show cause why he should not also be disbarred from practice in the United States Bankruptcy Court for the Western District of Pennsylvania.

2. A representative of the Office of the U.S. Trustee shall appear at the hearing to make a recommendation as to what actions should be taken by this Court.

Dated: March 21, 2023

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Michael Brandon Cohen, Esq.
Office of the United States Trustee

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Cohen, Michael B. | 18-70821-JAD | Nathan H. Williams | 13 | 11/26/18 | N / A |
| Cohen, Michael B. | 22-70399-JAD | Gary L. Crozier, Jr. | 7 | 11/29/22 | N / A |
| Cohen, Michael B. | 23-70076-JAD | Deborah K Luciano | 7 | 3/11/23 | N / A |